JUN 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U S DISTRICT JUDGE
S.D.N.Y.

------------------------------------------------------------X

COSCO LIANYUNGANG,

      Plaintiff,

07 Civ. 9751 ( )

- against -

ECF CASE

HUAXI INTERNATIONAL (HK)
TRADING & INVESTMENTS, LTD.

      Defendant.

------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: June 12, 2008
   Southport, CT

The Plaintiff,
COSCO LIANYUNGANG.

By: _Charles E. Murphy_
Charles E. Murphy (CM 2125)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
cem@lenmur.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08

_[signature]_
U.S.D.J.